IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHANIE AUSTIN, et al.,

    Plaintiffs,

      v.

IKEA U.S. EAST, LLC,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-3728-TWT

**ORDER**

    This is an employment discrimination action. It is before the Court on the

Report and Recommendation [Doc. 41] of the Magistrate Judge recommending

granting the Defendant's Motion for Summary Judgment [Doc. 23]. For the reasons

set forth in the thorough and well-reasoned Report and Recommendation, the four

month gap between the Plaintiffs' protected activity and their termination is too great

to support an inference of causality. There is no evidence that Mr. Mash participated

in the terminations. A casual remark four months earlier by Mr. Anastos is not

evidence of pretext. The legitimate, non-discriminatory reasons for the Plaintiffs'

terminations are well documented. The Court approves and adopts the Report and

Recommendation as the judgment of the Court. The Defendant's Motion for Summary

Judgment [Doc. 23] is GRANTED.

SO ORDERED, this 25 day of July, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge